**Thomas Shane MATHERLY,**
**Petitioner-Appellant,**

v,

**Justin ANDREWS, Respondent-**
**Appellee.**

**No. 17-6270**

United States Court of Appeals,
Fourth Circuit.

Submitted: June 29, 2017

Decided: July 10, 2017

Thomas Shane Matherly, Appellant Pro Se. Michael Lockridge, Special Assistant United States Attorney, Butner, North Carolina, for Appellee.

Before TRAXLER, AGEE, and WYNN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas Shane Matherly, a federal prisoner, appeals the district court's order determining, after remand from this court, that Matherly was in the legal custody of the Bureau of Prisons when the government filed a certificate designating Matherly as a sexually dangerous person, and therefore denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Matherly v. Andrews*, No. 5:13-hc-02077-D (E.D.N.C. Feb. 21, 2017). We dispense with oral argument because the facts and contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*